**Order filed November 29, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00864-CV
_____

### TARIN ARCHIBALD NGUYEN, Appellant

### V.

### TUAN M. NGUYEN, Appellee

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2016-45631**

## O R D E R

The notice of appeal in this case was filed October 5, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 14, 2018.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM